UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:

MICHAEL KEVIN McGUIRE and LINDA KAY McGUIRE,

    Debtor,

Case No. 15-04377-jtg

Chapter 13

HON. John T. Gregg

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE

    Matthew S. DePerno enters his appearance on behalf of Creditor, DePERNO LAW OFFICE, PLLC, with regards to all matters and proceedings in the above-captioned case. All correspondence and notices regarding this case should be sent either electronically, or to the address listed below.

Respectfully submitted

DePERNO LAW OFFICE, PLLC

Dated: December 2, 2015

*/s/ Matthew S. DePerno*
Matthew S. DePerno (P52622)
8175 Creekside Drive, Suite 240
Portage, MI 49024
269-321-5064